**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Stephen Martin Hollis | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-mj-00263-SJB | 6/6/2022 | 4:09 PM - 4:28 PM | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Daniel T. McGraw by Rene Shekmer | Defendant:<br>Sean Tilton | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| | Out-of-District Warrant: District of MN 0:15-CR-00165 | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>___ mute      ___ nolo contendre<br>___ not guilty   ___ guilty<br>__ Initial Pretrial Conference<br>__ Detention    (waived   __)<br>__ Preliminary  (waived   __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>✓ Waiver of  Rule 32.1 Hearings<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br><br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>✓ Other: _____<br>Rule 5(f) Order; Commitment Order | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>__ Ordered    __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement |
| | | **EXPEDITED RESOLUTION** |
| | | __ Case appears appropriate for<br>expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __ Yes  __ No<br>Defendant informed of right to appeal:    __ Yes  __ No<br>Counsel informed of obligation to file appeal: __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Set for hearing in charging  district | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**     J. Norton |